# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Limmie Arthur, | ) | C/A NO.  4:09-2059-CMC-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Comminser, States of South Carolina, [sic] | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JUDGMENT IN A CIVIL ACTION

This action was *(check one)*:

■ decided by The Honorable Cameron McGowan Currie , United States District Judge.  The Court having adopted and incorporated the Report and Recommendation of the U. S. Magistrate Judge;

The court has ordered that *(check one):*

■  other:  This matter is dismissed without prejudice and without issuance and service of process.

*CLERK OF COURT*

By:  *s/ Sharon Welch-Meyer*

*Signature of Clerk or Deputy Clerk*

March 22, 2010